

# Fourth Court of Appeals
## San Antonio, Texas

October 2, 2015

No. 04-14-00267-CV

**DIATHEGEN**, LLC,
Appellant

v.

**PHYTON BIOTECH, INC.,** Phyton Biotech, LLC, Phyton Biotech, GmbH,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-17463
Honorable Janet P. Littlejohn, Judge Presiding

## O R D E R

Sitting:      Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Jason K. Pulliam, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of October, 2015.

_____
Keith E. Hottle
Clerk of Court